# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HOWELL, individually and on behalf of a class of persons similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES, CHIEF CHARLIE BECK, OFFICER WENCES #36067, OFFICER AGUILIA #36361, OFFICER SANTAMARIA #36348, OFFICER ACEVES #38077, OFFICER GUILLERMO and DOES I through X, inclusive.<br><br>   Defendants. | Case No. CV13-3636 SS<br>*Hon. Suzanne H. Segal, Chief Magistrate Judge*<br>*Complaint Filed: 5/21/13*<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

///

///

///

///

///

///

///

///

1

1  IT IS HEREBY ORDERED that the above-captioned case be and hereby is
2 dismissed, with prejudice, in its entire action, pursuant to Federal Rules of Civil
3 Procedure, Rule 41(a)(1); each side to bear their own costs and attorneys' fees.

Dated: 10/29/15                              /S/
                                    SUZANNE H. SEGAL
                                    United States Chief Magistrate Judge